In the Matter of BARBARA M. STEHLE, Appellant, against
JOSEPH D. McGOLDRICK, as Comptroller of the City of
New York, et al., Respondents.

Argued January 10, 1941; decided January 24, 1941.

Benedict S. Rosenfeld and Murray Winter for appellant.

William C. Chanler, Corporation Counsel (John D. J. Moore, Jr., Paxton Blair and Denis B. Sullivan of counsel), for Joseph D. McGoldrick, as Comptroller of the City of New York, et al., respondents.

*John J. Bennett, Jr.*, Attorney-General (*Patrick H. Clune* and *Bernard L. Alderman* of counsel), for State Civil Service Commission et al., respondents.

*Francis T. Sullivan* for Bernard M. Patten, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.